United States Bankruptcy Court
Southern District of Indiana

In re:
Terri Lynn Garrigus
            Debtor

Case No. 15-02399-JMC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0756-1          User: admin          Page 1 of 2          Date Rcvd: Aug 21, 2018
                             Form ID: b3180w       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.

| | | |
|---|---|---|
| db | +Terri Lynn Garrigus, | 5337 Bluff View Dr,   Indianapolis, IN 46217-2710 |
| cr | +Trifera, LLC, | 2001 Western Avenue,   Suite 430,   Seattle, WA 98121-3132 |
| 13337595 | +Aspen Dental, | 281 Sanders Creek Pkwy,   East Syracuse, NY 13057-1307 |
| 13562707 | +Bluff View Meadows HOA, | 11711 N College Ave.,   #100,   Carmel, IN 46032-5601 |
| 13337596 | +Capital One Bank, | C/O First Nat. Collection Bur. Inc,   3631 Warren Way, |
|  |  | Reno, NV 89509-5241 |
| 13337597 | +Charter One Bank, | C/O RJM Acquisition Funding,   575 Underhill Blvd. #224, |
|  |  | Syosset, NY 11791-3416 |
| 13337598 | Citimortgage/BSI Financial, | PO Box 6243,   Sioux Falls, SD 57117-6243 |
| 13518719 | +Clearspring Loan Services, Inc, | 18451 North Dallas Parkway Suite 100,   Dallas, TX 75287-5209 |
| 13337599 | +Community Health Network, | C/O Med Shield,   PO Box 55707,   Indianapolis, IN 46205-0707 |
| 13337600 | Diagnostic Rheumatology, | C/O IMC Credit Services,   PO Box 20636, |
|  |  | Indianapolis, IN 46220-0636 |
| 13337602 | #Foutty & Foutty, LLP, | 155 E. Market Street #605,   Indianapolis, IN 46204-3219 |
| 13337603 | Franciscan Alliance, | PO Box 664056,   Indianapolis, IN 46266-4056 |
| 13337604 | Franciscan Alliance Inc., | PO Box 660041,   Indianapolis, IN 46266-0041 |
| 13337605 | Genisis Credit Bankcard Services, | PO Box 84049,   Columbus, GA 31908-4049 |
| 13337606 | +HSA Fannie Mae, | C/O Clear Spring Loan Inc,   PO Box 4869, Dept 447,   Houston, TX 77210-4869 |
| 13337608 | Labcorp of America, | PO Box 2240,   Burlington, NC 27216-2240 |
| 13380795 | +Midwest Title Loans, | 3440 Preston Ridge Rd, Ste 500,   Alpharetta, GA 30005-3823 |
| 13337609 | +Midwest Title Loans, | 417 S Gilbert,   Danville, IL 61832-6634 |
| 13337610 | +Nationstar Mortgage, | c/o Reisenfeld & Associates,   3962 Red Bank Road, |
|  |  | Cincinnati, OH 45227-3408 |
| 13350416 | +PNC BANK, N.A., | PO BOX 94982,   CLEVELAND, OHIO 44101-4982 |
| 13337611 | +PNC Bank, | PO Box 856177,   Louisville, KY 40285-6177 |
| 13337612 | +Shelby Materials, | PO Box 242,   Shelbyville, IN 46176-0242 |
| 13337613 | Southside Emergency Assoc, | C/O IMC Credit Services,   PO Box 20636, |
|  |  | Indianapolis, IN 46220-0636 |
| 13337614 | Southside Foot Clinic, | C/O IMC Credit Services,   PO Box 20636,   Indianapolis, IN 46220-0636 |
| 13585955 | +VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS,, | C/O BSI FINANCIAL SERVICES, |
|  |  | 7500 OLD GEORGETOWN RD,   STE 1350,   BETHESDA, MD 20814-6240 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| 13337593 | +E-mail/Text: emeyers@msdpt.k12.in.us Aug 21 2018 23:31:37 | Abraham Lincoln Elementary, |
|  |  | 5241 Brehob Rd,   Indianapolis, IN 46217-3500 |
| 13337594 | E-mail/Text: clientsupport@afcsonline.com Aug 21 2018 23:31:33 | American Financial Credit, |
|  |  | 10333 N. Meridian Street #270,   Indianapolis, IN 46290-1144 |
| 13353880 | EDI: AIS.COM Aug 22 2018 03:23:00 | American InfoSource LP as agent for, |
|  |  | T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848 |
| 13485851 | EDI: RESURGENT.COM Aug 22 2018 03:23:00 | Ashley Funding Services, LLC its successors and, |
|  |  | assigns as assignee of Laboratory,   Corporation of America Holdings, |
|  |  | Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587 |
| 13364987 | +E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 21 2018 23:33:01 |  |
|  |  | Indiana Department of Revenue,   Bankruptcy Section N-240,   100 North Senate Avenue, |
|  |  | Indianapolis, IN. 46204-2253 |
| 13337607 | +E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 21 2018 23:33:01 |  |
|  |  | Indiana Department of Revenue,   100 N. Senate Ave. Rm N203 Bankruptcy, |
|  |  | Indianapolis, IN 46204-2217 |
| 13337601 | EDI: JEFFERSONCAP.COM Aug 22 2018 03:23:00 | Fingerhut,   Jefferson Capitol System LLC, |
|  |  | 16 McLeland Road,   Saint Cloud, MN 56303-2049 |
| 13508049 | EDI: Q3G.COM Aug 22 2018 03:23:00 | Quantum3 Group LLC as agent for, |
|  |  | Genesis Consumer Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788 |
| 13337615 | E-mail/Text: mmrgbk@miramedrg.com Aug 21 2018 23:31:55 | St. Francis Hospital, |
|  |  | C/O Mira Med Revenue Group,   991 Oak Creek Dr,   Lombard, IL 60148-6408 |
| 13337616 | +E-mail/Text: EBN_IndianapolisSCA@receivemorermp.com Aug 21 2018 23:32:49 |  |
|  |  | Statewide Credit Assn Inc,   6957 Hillsdale Ct,   Indianapolis, IN 46250-2054 |
| 13948678 | +E-mail/Text: bncmail@w-legal.com Aug 21 2018 23:32:04 | Trifera, LLC, |
|  |  | c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132 |

                                                                                            TOTAL: 11

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0756-1          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2018
                              Form ID: b3180w          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
          Evan L. Moscov   on behalf of Creditor   Trifera, LLC evan.moscov@moscovlaw.com,
           BNCmail@w-legal.com;teresap@w-legal.com
          John Morgan Hauber   ecfmail@hauber13.com,  ecfmail1@hauber13.com
          Mark S Zuckerberg   on behalf of Debtor Terri Lynn Garrigus filings@mszlaw.com,
           s.mr72948@notify.bestcase.com
          Phillip A. Norman   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners,
           pnorman@mlg-defaultlaw.com,  dbengs@mlg-defaultlaw.com;smatthei@mlg-defaultlaw.com
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
                                                                                     TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor: | **Terri Lynn Garrigus** | Social Security number or ITIN:   xxx–xx–8463 |
| | Name | EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | |
| Case number:   **15–02399–JMC–13** | | |

# Order of Discharge

12/2015

**IT IS ORDERED** that a discharge under 11 U.S.C. § 1328(a) is granted to the following debtor:

Terri Lynn Garrigus

Dated: **August 21, 2018**

By the court:  /s/ James M. Carr

Judge, U.S. Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtor damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtor's property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(f), this order does not prevent the debtor from paying any debt voluntarily.

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts provided for by the chapter 13 plan.

In a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Debtor Terri Lynn Garrigus                                                    Case number 15–02399–JMC–13

## Explanation of Bankruptcy Discharge in a Chapter 13 Case (continued)

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

• Debts that are domestic support obligations.

• Debts for most student loans.

• Debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan.

• Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.

• Debts for most fines, penalties, forfeitures, or criminal restitution obligations.

• Some debts which the debtor did not properly list.

• Debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due.

• Debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained.

• Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual.

• Debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a Chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 3180W                          Chapter 13 Discharge                                    Page 2